UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO RIVER INDIAN TRIBES,<br><br>Plaintiff,<br><br>NATIONAL INDIAN GAMING COMMISSION; PHILIP N. HOGEN, in his official capacity as CHAIRMAN, NATIONAL INDIAN GAMING COMMISSION; NELSON W. WESTRIN, in his official capacity as COMMISSIONER, NATIONAL INDIAN GAMING COMMISSION; and CLOYCE V. CHONEY, in his official capacity as COMMISSIONER, NATIONAL INDIAN GAMING COMMISSION,<br><br>Defendants. | No. 1:04 CV 10 (JB)<br>Judge John Bates |

## DEFENDANTS' NOTICE OF APPEAL

Defendants in this action, the National Indian Gaming Commission, Philip N. Hogen, Chairman of the National Indian Gaming Commission, Nelson W. Westrin, Commissioner, National Indian Gaming Commission; and Cloyce V. Choney, Commissioner, National Indian Gaming Commission, all hereby appeal to the United States Court of Appeals for the District of Columbia from this Court's Order of August 25, 2005, and Memorandum Opinion of August 24, 2005, granting plaintiff's summary judgment, denying defendants' cross-motion for summary judgment, ordering that the Final Decision and Order issued by the National Indian Gaming Commission against plaintiff on July 17, 2003, is outside of the authority of the NIGC, and ordering that the Final Decision and Order be vacated.

October 24, 2005                    Respectfully submitted,

                                    KELLY A. JOHNSON
                                    Assistant Attorney General

                                    By: *[signature]*
                                    EDWARD J. PASSARELLI  VA Bar # 16212
                                    Assistant Chief
                                    Natural Resources Section
                                    Environment & Natural Resources Division
                                    U.S. Department of Justice
                                    P.O. Box 663
                                    Washington, D.C. 20004
                                    Telephone: (202) 305-0468
                                    Fax:       (202) 305-0506

                                    Attorney for Defendant

Of Counsel:
MARIA GETOFF
ANDREA LORD
Staff Attorneys
National Indian Gaming Commission

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005, I caused the foregoing Notice of Appeal to be served upon the attorneys of record for the Plaintiff and attorneys for *amici* by placing a copy in the United States Mail, first-class postage prepaid, addressed to:

>Gwenellen P. Janov
>JANOV LAW OFFICES, P.C.
>901 Rio Grande Boulevard, NW
>Suite F-144
>Albuquerque, NM 87104
>(505) 842-8302
>(505) 842-8309 (fax)
>gjanov@janovcooneylaw.com


>Eric N. Shepard
>Acting Attorney General
>Route 1, Box 23-B
>Parker, AZ 85344
>(928) 669-1271
>(928) 996-5675 (fax)
>ericnshepard@rraz.net


>Kim Hoyt Sperduto
>THE SPERDUTO LAW FIRM
>2021 L Street, NW
>Second Floor
>Washington, DC 20036
>(202) 408-8900
>(202) 408-8910 (fax)
>ksperduto@sperdutolaw.com


>David S. Black
>HOLLAND & KNIGHT LLP
>1600 Tysons Boulevard
>Suite 700
>McLean, VA 22102-4865
>(703) 720-8600
>(703) 720-8610 (fax)
>david.black@hklaw.com

Jennifer L. Nutt Carleton
P.O. Box 109
N7210 Seminary Road
Oneida, WI 54155
(920) 869-4327

Scott D. Crowell
CROWELL LAW OFFICES
1670 Tenth Street, West
Kirkland, WA 98033
828-9070


Edward J. Passarelli

2