# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 05-5402**                                    **September Term, 2006**

COLORADO RIVER INDIAN TRIBES, A FEDERALLY RECOGNIZED INDIAN TRIBE,
APPELLEE

v.

NATIONAL INDIAN GAMING COMMISSION, ET AL.,
APPELLANTS

```
┌─────────────────────────────────────────┐
│ UNITED STATES COURT OF APPEALS           │
│ FOR DISTRICT OF COLUMBIA CIRCUIT         │
│  ┌──────────────────────────┐            │
│  │                          │            │
│  │FILED │  OCT 2 0 2006     │            │
│  │                          │            │
│  └──────────────────────────┘            │
│            CLERK                         │
└─────────────────────────────────────────┘
```

Appeal from the United States District Court
for the District of Columbia
(No. 04cv00010)

———

Before: RANDOLPH and TATEL, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

```
┌───────────────────────────────────────────┐
│              MANDATE                       │
│ Pursuant to the provisions of Fed. R. App.Pro.41(a) │
│ ISSUED:              1, 19, 07             │
│ BY:                        Deputy Clerk    │
│ ATTACHED: ___ Amending Order              │
│           ___ Opinion                     │
│           ___ Order on Costs              │
└───────────────────────────────────────────┘
```

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: October 20, 2006

Opinion for the court filed by Circuit Judge Randolph.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk